MARGARET A. OLIVER, Respondent, *v.* WILLIAM I. MOORE as Administrator, etc., Appellant.

(Argued January 28, 1892; decided February 12, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made June 1, 1891, which affirmed a judgment in favor of plaintiff, entered upon a verdict.

*H. Kettell* for appellant.

*J. Noble Hayes* for respondent.

Agree to affirm; no opinion.
All concur, except MAYNARD, J., taking no part.
Judgment affirmed.